IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In the Matter of the Search of:

No. 21-mr-669

24A Windy Mesa Drive,
Rock Springs, New Mexico

TELEPHONIC APPLICATION FOR SEARCH WARRANT
May 5, 2021

PARTIES ON TELEPHONE CALL:

U.S. MAGISTRATE JUDGE B. PAUL BRIONES
FBI SPECIAL AGENT SEAN CAVE

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 5 2021
MITCHELL R. ELFERS
CLERK

No. 21-mr-669  
In Re: Oral Warrant for 24A Windy Mesa Drive, Rock Springs, NM

Telephonic Search Warrant  
May 05, 2021

1  FBI SPECIAL AGENT CAVE: Sir, the recorder
2  is on.
3  THE COURT: I understand that the recorder
4  is on?
5  FBI SPECIAL AGENT CAVE: Yes, sir.
6  THE COURT: My reception seems like it just
7  went poor. Are you able to hear me?
8  FBI SPECIAL AGENT CAVE: Yes, sir. Are you
9  able to hear me?
10  Judge Briones, are you able to hear me? I
11  apologize about the phone going in and out.
12  THE COURT: I can hear you now. Yeah,
13  something happened. We had good reception until just
14  now.
15  FBI SPECIAL AGENT CAVE: Well, I can hear
16  you well, sir.
17  THE COURT: Okay. Go ahead. Do you have
18  the recorder going?
19  FBI SPECIAL AGENT CAVE: Yes, sir.
20  THE COURT: All right. So let me start by
21  saying that this is Judge B. Paul Briones, United
22  States Federal Magistrate Judge. Today is May 5th,
23  2021.
24  May I have you state your name for the record,
25  please?

1  FBI SPECIAL AGENT CAVE: Special Agent Sean
2  Cave with the FBI.
3  THE COURT: Agent Cave, I understand that
4  you are seeking an oral search warrant; is that
5  correct?
6  FBI SPECIAL AGENT CAVE: Yes, sir.
7  THE COURT: If you'll raise your right hand,
8  please.
9  Do you swear or affirm the statements that you
10 will give in this application, oral application, will
11 be true and correct to the best of your knowledge under
12 penalty of perjury?
13 FBI SPECIAL AGENT CAVE: Yes, sir.
14 THE COURT: All right. So what we're going
15 to be doing is I'll ask you now to tell me the crime
16 that you are investigating and your location and just
17 generally tell me the facts that you are going to
18 present to establish probable cause. You may begin.
19 FBI SPECIAL AGENT CAVE: Yes, sir. The
20 crime we're committing is Title 18, Section 1111, open
21 kind of murder; and Title 18, Section 1153, crimes
22 committed in Indian Country.
23 Myself and another agent in the Navajo Police
24 Department responded to a phone call that came in at
25 about 6:00 PM on May 5th, 2021, of a deceased male in

Case 1:21-mr-00669-BPB   Document 1   Filed 05/05/21   Page 4 of 8

Page 4

No. 21-mr-669
In Re: Oral Warrant for 24A Windy Mesa Drive, Rock Springs, NM

Telephonic Search Warrant
May 05, 2021

1  Rock Springs, New Mexico.
2      Upon arrival, we found a victim identified as a
3  Darren Watson, deceased, at 22 Windy Mesa Drive.  A
4  review of his body showed wounds consistent with a
5  stabbing in the chest and legs, such as from a knife;
6  bruising from blunt-force trauma in his face and torso;
7  and marks consistent with defensive injuries.
8      Blood-like substances were found around his
9  body, along the home, and on and underneath the
10 staircase to the home.  The volume of blood was such
11 that an attacker would have likely become in contact
12 with the victim's blood on his or her persons and
13 clothing.
14     We interviewed a neighbor to the victim's
15 residence and close associate to our victim who stated
16 that the victim consumed alcohol and was known to party
17 notably with a neighbor who lived directly behind the
18 victim's house.
19     We spoke with the victim's brother who informed
20 us that the victim's aunt, who lives directly behind
21 the victim, was a known drug user and frequently had
22 troublesome persons over at her house.
23     The brother further stated that frequently the
24 brother would have to engage in physical altercations
25 with these troublesome persons, and on occasion he

Case 1:21-mr-00669-BPB   Document 1   Filed 05/05/21   Page 5 of 8

Page 5

No. 21-mr-669  
In Re: Oral Warrant for 24A Windy Mesa Drive, Rock Springs, NM

Telephonic Search Warrant  
May 05, 2021

1  would fight with these persons in an effort to remove
2  them from the home or the property.
3        Following these interviews, agents went to
4  24A Windy Mesa Drive, which is directly behind the
5  victim's residence where he was found deceased. We
6  made a knock at the door, and we received no answer.
7        On inspection, on one of the doors to the
8  residence, we found a substance on the dead bolt, a
9  blood-like red substance on the dead bolt. A test kit
10 was implemented on this substance, and the test kit
11 indicated that there were blood-like substances present
12 within this material.
13       It's for these fact patterns that we would -- we
14 are requesting authorization for a search warrant at
15 24A Windy Mesa Drive in Rock Springs, New Mexico.
16       We are searching for weapons, knives, bludgeons
17 and clothing soaked in blood-like substances and photos
18 at this residence.
19       THE COURT: And is that residence that you
20 described that you're seeking to search, is that within
21 Indian Country.
22       FBI SPECIAL AGENT CAVE: I am told that is
23 within Indian Country, sir.
24       THE COURT: All right. And so I find that
25 there's probable cause sufficient to establish

Case 1:21-mr-00669-BPB   Document 1   Filed 05/05/21   Page 6 of 8

Page 6

No. 21-mr-669
In Re: Oral Warrant for 24A Windy Mesa Drive, Rock Springs, NM

Telephonic Search Warrant
May 05, 2021

1  probability of murder having occurred and that evidence
2  will be likely found at the residence that you wish to
3  search.
4      I'm going to issue to you -- well, I'll issue an
5  oral warrant.  I'm going to ask you to state the
6  exigent circumstances justifying the need for an oral
7  warrant, please.
8      FBI SPECIAL AGENT CAVE:  Yes, sir.  It is to
9  prevent the opportunity for evidence to be destroyed by
10 potential subjects and/or neighbors of this residence.
11     THE COURT:  All right.  I find that the
12 circumstances to be adequate.  So I'll issue that oral
13 warrant.
14     One other thing I want to establish to make sure
15 our record is complete.  Would you state briefly your
16 position with the government that would authorize you
17 to seek a federal warrant?
18     FBI SPECIAL AGENT CAVE:  Yes, sir.  I'm a
19 special agent with the FBI and authorized to conduct
20 search warrants and arrest warrants.
21     THE COURT:  All right.  So what I'll have
22 you do is you'll need to prepare a written search
23 warrant for the property that you described, the
24 residence.
25     FBI SPECIAL AGENT CAVE:  Yes, sir.

Case 1:21-mr-00669-BPB   Document 1   Filed 05/05/21   Page 7 of 8

Page 7

No. 21-mr-669  
In Re: Oral Warrant for 24A Windy Mesa Drive, Rock Springs, NM

Telephonic Search Warrant  
May 05, 2021

1  THE COURT: To search for the items that you
2  just stated. And at the bottom of that, there is a
3  call for a judge's signature. I'm going to direct you
4  to sign, at my instruction, B. Paul Briones.
5      You are to present to me a copy of the warrant
6  at your earliest convenience, so I can verify that it's
7  consistent with this testimony; and also have the
8  testimony, this oral testimony that you recorded,
9  transcribed, and you and I both will need to review
10  that transcription and confirm that it is an adequate
11  and accurate representation of this conversation. All
12  right?
13      FBI SPECIAL AGENT CAVE: Yes, sir.
14      THE COURT: Okay. That would conclude the
15  warrant that I've issued. Is there anything further
16  that you need at this time, Agent Cave?
17      FBI SPECIAL AGENT CAVE: No, sir.
18      THE COURT: All right. Thank you. You may
19  stop the recorder.
20      FBI SPECIAL AGENT CAVE: Thank you.
21      [Proceedings concluded.]
22
23
24
25

No. 21-mr-669  
In Re: Oral Warrant for 24A Windy Mesa Drive, Rock Springs, NM

Telephonic Search Warrant  
May 05, 2021

REPORTER'S CERTIFICATE

I, Jenifer L. Russin, CCR #182, a Certified Court Reporter, do hereby certify that the proceedings of the above-entitled cause were reported by me stenographically and that the within transcript is a true and accurate transcription of my shorthand notes.

I FURTHER CERTIFY that I am neither an attorney nor counsel for, nor related to or employed by any of the parties to the action, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

*[signature]*

Jenifer L. Russin, CSR RDR CCR  
Certified Court Reporter #182  
License Expires: 12/31/2021